**Opinion issued October 31, 2017**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-17-00743-CR

_____

## IN RE CONNIE HARRISON, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Connie Harrison, the complainant in an alleged assault against a family member that was no billed by a grand jury, has filed a petition and amended petition for a writ of mandamus challenging the trial court's denial of her "Amended Emergency Motion for Hearing to Recuse the Harris County District Attorney's

Office, For the Appointment of an Attorney Pro Tem to Present This Matter to the 178th Grand Jury . . . and To Stay the Statute of Limitation."[1] We deny the petition.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *Ex Parte Connie Harrison*, cause number 1438685 in the 178th District Court of Harris County, Texas, the Honorable Kelli Johnson presiding.